1 | INCITE LAW GROUP
Mark A. Vega (SBN. 162621)
2 | mark@incitelawgroup.com
Mona Mahdara Alcalá (SBN. 270384)
3 | mona@incitelawgroup.com
6427 West Sunset Boulevard
4 | Los Angeles, California 90028
P (323) 306-3870; F (323) 306-3874
5 |
6 | Attorneys for Plaintiff
IRONRIDGE GLOBAL IV, LTD.

7
8

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

OCT 11 2013

John A. Clarke, Executive Officer/Clerk
BY _____ Deputy
Cristina Onhiva

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

CENTRAL DISTRICT

BC524230

| | |
|---|---|
| IRONRIDGE GLOBAL IV, LTD., | Case No. |
| Plaintiff, | **PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT (COLLECTION ACTION)** |
| v. | |
| SCRIPSAMERICA, INC., | |
| Defendant. | |

Plaintiff for its complaint against Defendant alleges as follows:

1.      Defendant is a publicly traded corporation that does business nationwide, including in Los Angeles, California.

2.      Defendant owes Plaintiff an amount in excess of the jurisdictional minimum of this court, plus interest and allowable attorney fees, arising out of accounts receivable purchased by Plaintiff from Defendant's creditors.

**FIRST CAUSE OF ACTION**

**(Breach of Contract – Collection Action)**

3.      Plaintiff incorporates by reference paragraphs 1 through 2, inclusive, of this Complaint as if the same were fully set forth herein.

4.     On or about October 11, 2013, Plaintiff entered into receivable purchase agreements whereby creditors sold, transferred and assigned to Plaintiff, all rights to claims for payment against Defendant.  Accordingly, Plaintiff is the rightful owner of such obligations.

5.     There is due and owing from Defendant an amount in excess of the jurisdictional minimum of this court, which to date Defendant has not paid to creditors or Plaintiff.

6.     As a direct and proximate result of Defendant's failure to make payments owed to the creditors, Plaintiff has a bona fide claim against Defendant in an amount according to proof, plus interest and allowable costs and attorneys' fees.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment as follows:

1.     For an amount to be proven at trial in excess of the jurisdictional minimum of this court;

2.     For interest thereon, according to proof;

3.     For costs of suit, including reasonable attorneys' fees; and

4.     For such other and further relief as the Court deems just and proper.

DATED: October 11, 2013          INCITE LAW GROUP


By: _____
     Mark A. Vega
     Mona Mahdara Alcalá
     Attorneys for Plaintiff
     IRONRIDGE GLOBAL IV, LTD.

2

COMPLAINT