JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCRIPSAMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IRONRIDGE GLOBAL LLC d/b/a IRONRIDGE GLOBAL IV, LTD., JOHN KIRKLAND, BRENDAN O'NEIL, and DOES 1-5, <br><br> Defendants. | CASE NO. CV 14-03962 MMM (AGRx) <br><br> JUDGMENT FOR DEFENDANTS |

On August 11, 2015, the court entered an order dismissing plaintiff's Rule 10b-5 claim with prejudice, and declining to exercise supplemental jurisdiction over plaintiff's state law claims. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Rule 10b-5 claim be dismissed with prejudice;

3. That plaintiff's state law claims be dismissed without prejudice; and

4. That the action be, and it is hereby, dismissed.

DATED: August 11, 2015

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE