FILED
CLERK, U.S. DISTRICT COURT

January 24, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SCRIPSAMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IRONRIDGE GLOBAL, LLC d/b/a IRONRIDGE GLOBAL IV, LTD., JOHN KIRKLAND, BRENDAN O'NEIL, and DOES NOS. 1-5,<br><br>　　　　　Defendants. | Case No. 14-03962-SJO (AGRx)<br><br>**JUDGMENT FOR DEFENDANTS ON ATTORNEY'S FEES** |

　　　On August 11, 2015, the Court entered an order dismissing Plaintiff's Rule 10b-5 claim with prejudice, and declining to exercise supplemental jurisdiction over Plaintiff's state law claims.  (Dkt. 39.)  On the same day, the Court entered Judgment for Defendants.  (Dkt. 40.)  Defendants timely moved for attorney's fees pursuant to Federal Rule of Civil Procedure 54 (Dkt. 41), and the Court granted Defendants' motion in part in the amount of $269,260.00 (Dkt. 50).  Accordingly, the Court enters Judgment for Defendants on the attorney's fees award.

//

//

1    IT IS ORDERED AND ADJUDGED that Plaintiff is ordered to pay Defendants
2 attorney's fees in the amount of $269,260.00.

4 Dated: January 24, 2016

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE